AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew Scott | United States District Court - Texas | August 11, 2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ___ Nomination, Date _____ <br> ___ Initial ✓ Annual ___ Final | January 1, 2003 through December 31, 2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 East Harrison Street, #301 <br> Brownsville, Texas 78520 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ✔ | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 2002 | Hanen, Johnson & Spalding, L.L.P. (Now called Johnson, Spalding, Doyle, West & Trent, L.L.P.) - withdrawal from former firm - no control |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| ✔ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2003 | The Dillard Law Firm ▇▇▇ Lawyer | |
| 2 | 2003 | Texas Board of Motor Vehicles ▇▇▇ Board Member | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | State Bar Real Estate & Probate Section | Jan. 24-26 - San Antonio, Texas, REPTL Council Meeting (meals, hotel, and transportation) |
| 2 | State Bar Real Estate & Probate Section | Sept. 19-22 - Boerne, Texas - REPTL Council Meeting (meals, hotel, and transportation) |
| 3 | American Bar Association | Apr. 10-12 - Houston, Texas, Litigation Section Annual Meeting panelist (hotel) |
| 4 | Houston Young Lawyers Association | Apr. 30 thru May 1 - Houston, Texas, Law Day speaker (hotel, transportation) |
| 5 | State Bar of Texas | Oct. 8-9 - Dallas, Texas, Advanced Civil Trial speaker (meals, hotel, transportation) |
| 6 | University of Texas at Austin | Oct. 30-31 - Austin, Texas, 27th Annual Page Keeton Products Liability & Personal Injury Law Conference panelist (hotel, meals, transportation) |
| 7 | State Bar of Texas | Nov. 5-7 - Houston, Texas, Advanced Civil Trial Course speaker (meals and transportation) |
| 8 | Houston Bar Association | Dec. 16 - Houston, Texas, speaker (transportation) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✔ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Cendant Mortgage | Mgt on SPI, Texas Prop. (Part VII, Line 93) | O |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | August 11, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 IRA - Account #1 - Treasury Strips - JP Morgan/Chase | A | Interest | M | T | Buy | 8/12 | C | | |
| 2 IRA - Account #2 | A | Dividend | K | T | | | | | |
| 3 -Alliance Growth | | | | | Partial Sale | 4/16 | J | A | |
| 4 -Alliance Growth | | | | | Partial Sale | 7/16 | J | A | |
| 5 -Alliance Growth | | | | | Partial Sale | 10/9 | J | A | |
| 6 -Alliance Growth | | | | | Partial Sale | 11/25 | J | A | |
| 7 -Alliance Premier | | | | | Partial Sale | 10/9 | J | A | |
| 8 -Alliance Premier | | | | | Partial Sale | 11/25 | J | A | |
| 9 -Berger Small Cap (see note 3f) | | | | | Merger and Name Change | | | | |
| 10 -Janus Small Cap (see note 3f) | | | | | Partial Sale | 10/9 | J | A | |
| 11 -John Hancock | | | | | Sold | 8/11 | J | A. | |
| 12 -Nations Marsico | | | | | Partial Sale | 10/9 | J | A | |
| 13 -Oppenheimer App. | | | | | Buy | 10/9 | J | | |
| 14 -Pioneer Fund | | | | | Sold | 10/9 | J | A | |
| 15 --Oakmark Fund | | | | | Buy | 10/9 | J | | |
| 16 -Evergreen | | | | | Sold | 10/9 | J | A | |
| 17 -Del. Group | | | | | Buy - | 8/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | August 11, 2004 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  -Fidelity Adv. Div. | | | | | Buy | 10/9 | J | | |
| 19  -Fidelity Adv. Div. | | | | | Buy | 11/25 | J | | |
| 20  -Victory Diversified | | | | | Buy | 10/9 | J | | |
| 21  -IRA Acct. #3 | A | Dividend | K | T | | | | | |
| 22  -Alliance Growth | | | | | Buy | 1/2 | J | | |
| 23  -Alliance Growth | | | | | Partial Sale | 4/16 | J | A | |
| 24  -Alliance Growth | | | | | Partial Sale | 7/16 | J | A | |
| 25  -Alliance Growth | | | | | Partial Sale | 10/9 | J | A | |
| 26  -Alliance Growth | | | | | Partial Sale | 11/25 | J | A | |
| 27  -Alliance Premier | | | | | Buy | 1/2 | J | | |
| 28  -Alliance Premier | | | | | Partial Sale | 11/25 | J | A | |
| 29  -Alliance Premier | | | | | Partial Sale | 10/9 | J | A | |
| 30  -Berger Small Cap (see note 3f) | | | | | Buy | 1/2 | J | | |
| 31  -Janus Small Cap (see note 3f) | | | | | Merger and Name Change | | | | |
| 32  -Janus Small Cap (see note 3f) | | | | | Partial Sale | 10/9 | J | A | |
| 33  -Evergreen | | | | | Buy | 1/2 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | August 11, 2004 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 -Evergreen | | | | | Sold | 10/9 | J | A | |
| 35 -John Hancock | | | | | Buy | 1/2 | J | . | |
| 36 -John Hancock | | | | | Sold | 8/11 | J | A | |
| 37 -Nations Marsico | | | | | Buy | 1/2 | J | | |
| 38 -Nations Marsico | | | | | Partial Sale | 10/9 | J | A | |
| 39 -Oppenheimer App. | | | | | Buy | 10/9 | J | | |
| 40 -Oppenheimer App. | | | | | Buy | 1/2 | J | | |
| 41 -Pioneer Fund | | | | | Buy | 1/2 | J | | |
| 42 -Pioneer Fund | | | | | Sold | 10/9 | J | A | |
| 43 -Oakmark Fund | | | | | Buy | 1/2 | J | | |
| 44 -Oakmark Fund | | | | | Buy | 10/9 | J | | |
| 45 -Aim Blue Chip (see note 3c) | | | | | Sold | 1/2 | J | None | |
| 46 -Aim Premier Fund (f/k/a Aim Value Fund) (see note 3c) | | | | | Sold | 1/2 | J | None | |
| 47 -Del. Group | | | | | Buy | 8/11 | J | | |
| 48 -Fidelity Adv. Div | | | | | Buy | 10/9 | J | | |
| 49 -Fidelity Adv. | | | | | Buy | 11/25 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 50   -Victory Diversified | | | | | Buy | 10/9 | J | | |
| 51   Retirement Acct. #1 | A | Dividend | N | T | | | | | |
| 52   -Fidelity Ret. Gov. MM | | | | | | | | | |
| 53   Retirement Acct. #2 | D | Interest | L | T | | | | | |
| 54   -Guardian MFS Gov. | | | | | | | | | |
| 55   Brokerage Acct. No. 1 | | | | | | | | | |
| 56   -Texas Pub. Fin. Auth. Municipal Bond | C | Interest | L | T | | | | | |
| 57   -Travis County Municipal Bond | C | Interest | L | T | | | | | |
| 58   -Houston ISD Municipal Bonds | C | Interest | L | T | Buy | 6/4 | M | | |
| 59   -Pearland ISD Municipal Bonds | C | Interest | L | T | Buy | 6/27 | M | | |
| 60   -Killeen Tex. Municipal Bonds | C | Interest | L | T | Buy | 7/22 | M | | |
| 61   -Katy Tex. ISD Municipal Bonds | C | Interest | L | T | Buy | 8/15 | L | | |
| 62   -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | L | T | Buy | 8/28 | L | | |
| 63   -Univ. Tex. Revs. Fin. Municipal Bond | B | Interest | L | T | | | | | |
| 64   -Southlake Tex L/T Water Municipal Bonds | D | Interest | L | T | | | | | |
| 65   -Georgetown ISD Municipal Bond | C | Interest | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 -Ft. Worth Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 67 -UT Dev. Municipal Bonds | C | Interest | L | T | | | | | |
| 68 -Richardson Texas Municipal Bonds | C | Interest | L | T | | | | | |
| 69 -Allen Texas Rfdg. Municipal Bonds | C | Interest | L | T | | | | | |
| 70 -Plano ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 71 Brokerage Acct. #2 | | | | | | | | | |
| 72 -Del Valle ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 73 -DeSoto Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 74 -Aldine Tex ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 75 -Canadian Riv. Mun. Municipal Bonds | D | Interest | M | T | | | | | |
| 76 -Houston Tex Water Municipal Bonds | D | Interest | M | T | | | | | |
| 77 -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 78 -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 79 -Arlington Texas ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 80 -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 81 -University of N. Tex Muncipal Bonds | B | Interest | K | T | | | | | |
| 82 -Aldine Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | August 11, 2004 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets. or transactions) | | | | | | | | | |
| 83 -Tex. A&M Rev. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 84 -Gal. Texas Pub. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 85 -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 86 -Houston Tex Wtr & Swr Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 87 -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 88 -Sharyland ISD Muncipal Bonds | C | Interest | L | T | Buy | 7/23/03 | M | | |
| 89 CMA Tax Exempt Money Market | A | Interest | K | T | | | | | |
| 90 Municipal Money Market | A | Interest | J | T | | | | | |
| 91 HJS (f/k/a HAJS) Partnership Interest | G | Capital Return | M | V | Sell | 6/5/02 | N | None | Law Firm Buyout |
| 92 Compass Bank | A | Interest | J | T | Closed | 7/23/03 | J | None | |
| 93 Garage - SPI Tex. Prop. | B | Rent | O | Q | | | | | |
| 94 Northwestern Mutual EOL Life Ins #117 | A | Div. | J | T | | | | | |
| 95 Northwestern Mutual EOL Life Ins #714 | A | Div. | J | T | | | | | |
| 96 Northwestern Mutual Whole Life Ins #642 | A | Div. | J | T | | | | | |
| 97 Northwestern Mutual Whole Life Ins #817 | C | Div. | L | T | | | | | |
| 98 Northwestern Mutual Whole Life Ins #811 | C | Div. | L | T | | | | | |
| 99 Northwestern Mutual EOL Life #840 | C | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Notes on Agreements

a. Withdrawal payments from Hanen, Johnson & Spalding, L.L.P., listed last year (2002) on line 75 and this year on line 91 were begun on July of 2002 and were completed in December of 2003. Hanen, Johnson & Spalding, L.L.P. (f/k/a HAJS) changed its name to Johnson, Spalding, Doyle, West & Trent, L.L.P.

2. Notes on Liabilities

a. The liability listed in Section VI for the premises listed in Section VII , Line 93 was an asset purchased in 2003 and thus was not listed on prior reports.

3. Notes on Investments and Trusts

a. The bonds listed in Section VII (lines 56-70 and 72-88) are listed at maturity value.

b. The Compass Bank Account, listed on line 76 of last year's report and listed this year on line 92, was closed and thus will not be found on next year's report. The JPMorgan Chase bank account listed last year on line 77 no longer meets the requirements to be included and thus is not contained on this year's report.

c. The AIM Premier funds and AIM Blue Chip funds listed in last year's report in SEP Acct #1 and merged into IRA Acct #3 by virtue of its merger with SEP Acct #1 (see last year's note III.2) were sold on January 2, 2003 (see lines 45 and 46 of this year's report). Thus the sale reported on lines 23 - 24 of the 2002 report was accurately portrayed as a total sale, but these funds were replaced by those merged from the SEP account (see Part VII, lines 43 - 46 of last year's report) and it is these AIM funds that were sold on January 2, 2003. Consequently, all holdings in both of these AIM funds have been sold.

d. The Northwestern Mutual Life policies noted on lines 94 - 99 were omitted from last year's report. However, after a conference with my insurance agent, I have added them because it does appear that the policies do retain cash surrender value. Thus, they are included on this report and a letter amending my prior report has been sent by separate cover.

e. The Brokerage Acct. #2 has been administerally divided into a main account and two sub-accounts by the Brokerage House so as to guarantee two mortgages (one non-reportable and one reported in Section VI). These sub-accounts are reported as part of the same statement, and, therefore, I have continued to report them here as one account.

f. In April 2003, Janus Small Cap took over the Berger Small Cap fund and changed its name. Therefore, in IRA #3, the Berger Small Cap listed on line 30 has now become folded in the Janus Small Cap fund listed on lines 31 and 32, and the Berger fund listed in IRA #2 on line 9 has become folded into the Janus Small Cap fund listed on line 10.

g. The names of the brokerage houses for the two money market accounts listed on lines 73 and 74 of last year's report and listed on lines 89 and 90 have been deleted for security reasons, but these are the same two accounts.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___ 8/11/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544